UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
732-866-6655

IN RE:

**ELIEZER MORDAN**

CASE NO.: 22-10573
HEARING DATE:
JUDGE: MBK

## CERTIFICATION OF EDWARD HANRATTY, ESQ. IN SUPPORT OF THE MOTION TO EXPUNGE PROOC OF CLAIM 11

I am, Edward Hanratty, Attorney for the debtors in the above captioned matter, and as such am fully familiar with the facts set forth herein.

1. A true copy of the proof of claim and attachments thereto as submitted on behalf of the instant creditor in this case is attached to the original motion papers.

2. That document and its attachments indicate facts asserted by the creditor in support of its claim that indicate the claim should be expunged for the reasons set forth in the attached letter brief.

I hereby certify that the foregoing statements made by me are true, I am aware that if they are found to be willfully false, I am subject to punishment.

Respectfully submitted,

/s/Edward Hanratty
EDWARD HANRATTY, ESQ.
For the Firm

Dated:  May 20, 2022