UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
732-866-6655



Order Filed on May 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

**ELIEZER MORDAN**

CASE NO.: 22-10573
HEARING DATE:
JUDGE: MBK

## ORDER ON MOTION TO EXPUNGE PROOF OF CLAIM 14 FILED BY CAVALRY SPV I, LLC AS ASSIGNEE OF CAPITAL ONE BANK, N.A./ NEIMAN MARCUS

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: May 31, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the __31st__ day of __May__, the debtor's motion is hereby **GRANTED.**

**ORDERED** that Proof of Claim Number 14 filed by Cavalry SPV I, LLC as assignee of Capital One Bank, N.A./ Neiman Marcus is expunged to reflect $0.00 as a total claim.

**AND FURTHER ORDERED** that Cavalry SPV I, LLC as assignee of Capital One Bank, N.A./ Neiman Marcus shall amend proof of claim within __7__ of the date of this Order.